

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00086-CR

Alex **CASIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-09-11574-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is GRANTED IN PART. The state's brief is due on September 18, 2017. **No further extensions of time will be allowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk